**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc. a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADC Telecommunications, Inc., a Minnesota corporation,<br><br>Defendant. | Civil No. 01-CV-729 DSD/SRN<br><br>**STIPULATION AND ORDER REGARDING FILING COMPLAINT UNDER SEAL** |

The parties, through their undersigned counsel, hereby stipulate and agree to jointly request the Court to file Anacapa's Complaint dated April 27, 2001, under seal. The exhibits to the Complaint may contain confidential business information and/or trade secrets of the parties. Accordingly, the parties request that the Complaint and the attachments thereto be filed under seal.

Dated: May 14, 2001

**FAEGRE & BENSON LLP**

Randall E. Kahnke (#202745)
Kerry L. Bundy (#266917)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 336-3000
Fax: (612) 336-3026

**ATTORNEYS FOR DEFENDANT ADC TELECOMMUNICATIONS, INC.**

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 14, 2001

**ANTHONY OSTLUND & BAER P.A.**

Karlyn Vegoe Boraas

Norman J. Baer (#163715)
Karlyn Vegoe Boraas (#241507)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6969
Fax: (612) 349-6996

**ATTORNEYS FOR PLAINTIFF ANACAPA TECHNOLOGY, INC.**

**ORDER**

Based on the forgoing stipulation of the parties, it is hereby ordered that the Complaint dated April 27, 2001, shall be filed under seal.

Dated: May 16, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

M2:20387172.01