# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc. a Nevada corporation,<br><br>Plaintiff and Counter-Defendant<br><br>v.<br><br>ADC Telecommunications, Inc., a Minnesota corporation,<br><br>Defendant and Counter-Plaintiff | Civil No. 01-CV-729 DSD/SRN<br><br>**STIPULATION AND ORDER REGARDING LIMITED EXPEDITED DISCOVERY** |

## STIPULATION

1. Whereas Defendant and Counter-Plaintiff ADC Telecommunications, Inc. ("ADC") moved for limited expedited discovery in this action on its declaratory judgment, fraud and negligent misrepresentation counterclaims against Plaintiff and Counter-Defendant Anacapa Technology, Inc. ("Anacapa").

2. Whereas the Court held a hearing on ADC's motion on July 3, 2001.

3. Whereas the Court indicated it would grant certain limited expedited discovery that would proceed on a track parallel to that of the arbitration, and requested that the parties stipulate to a limited expedited discovery schedule.

4. Whereas the arbitration hearing has been set for October 22, 2001. In connection with the arbitration, the parties have agreed to respond to document requests and non-contention interrogatories within 15 days of service. The arbitration discovery schedule

FILED JUL 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

anticipates approximately eight depositions per side, based on information currently available.

5. Whereas ADC now agrees to limit expedited discovery in this action to its declaratory judgment counterclaim, and to reserve discovery on its remaining counterclaims until after the arbitration hearing.

**NOW, THEREFORE**, ADC and Anacapa, through their respective counsel, stipulate to the following expedited discovery schedule:

1. Responses to document requests and non-contention interrogatories will be due fifteen (15) days after service. However, to the extent a party intends to serve such a request after noon on a Friday, counsel for the serving party will contact opposing counsel before noon on that day, notify counsel that requests are being served, and generally identify the information and/or documents being requested.

2. Each party will be allowed to take eight depositions including expert depositions, at dates and times to be mutually agreed upon between August 1 and October 12, 2001. These depositions will be of persons having information relevant to the arbitration. In order to avoid duplicative discovery, the parties will also ask the deponents questions relevant to ADC's counterclaims, and the parties may serve deposition subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure.

3. Each party may serve document requests and subpoenas duces tecum pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure, not limited to ADC's declaratory judgment counterclaim.

4. All discovery related to ADC's declaratory judgment counterclaim will be completed within 60 days of the date on which the arbitration panel issues its ruling on Anacapa's arbitration claim.

5. The parties acknowledge that there is document and deposition discovery that is relevant to ADC's counterclaims that will not be conducted on an expedited basis.

Dated: July 24, 2001

**ANTHONY OSTLUND & BAER P.A.**

Norman J. Baer

Norman J. Baer (#163715)
Karlyn Vegoe Boraas (#241507)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6969
Fax: (612) 349-6996

**ATTORNEYS FOR PLAINTIFF AND COUNTER- DEFENDANT ANACAPA TECHNOLOGY, INC.**

Dated: July 23, 2001

**FAEGRE & BENSON, LLP**

Randall E. Kahnke, #202745
Kerry L. Bundy, #266917
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 336-3000
Fax: (612) 336-3026

**ATTORNEYS FOR DEFENDANT AND COUNTER-PLAINTIFF ADC TELECOMMUNICATIONS, INC.**

**ORDER**

It is so ordered.

Dated: July 27, , 2001

Susan Richard Nelson
The Honorable Susan Richard Nelson
United States Magistrate Judge

M2:20398958.04

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500