**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Anacapa Technology, Inc., a Nevada Corporation, as assignee of Anacapa Nevada, Inc., a Nevada corporation,**

**Plaintiff and Counter-Defendant,**

**v.**

**ADC Telecommunications, Inc., a Minnesota corporation,**

**Defendant and Counter-Plaintiff.**

**Civil No. 01-729 DSD/SRN**

**ORDER EXTENDING THE DEPOSITION OF ERICH K. LAETSCH**

---

This matter came before the Court on the motion of Defendant and Counter-Plaintiff ADC Telecommunications, Inc. ("ADC") for an order extending the deposition of Erich K. Laetsch pursuant to Federal Rule of Civil Procedure 30(d)(2). ADC requested an order extending the deposition of Erich K. Laetsch for three additional days. Karlyn Vegoe Boraas, Esq. appeared on behalf of plaintiff. Randall Kahnke, Esq. appeared on behalf of defendant.

Based on a review of the file, record and proceedings herein, and Federal Rule of Civil Procedure 30(d)(2), the Court has determined that ADC's Motion to Extend the Deposition of Erich K. Laetsch should be granted.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. Defendant's Motion to Extend the Deposition of Erich K. Laetsch [Doc. 21] is granted. The deposition of Erich K. Laetsch shall be extended for three additional seven-hour days, and at least one seven-hour day of testimony

FILED SEP 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

may be commenced after the completion of the arbitration scheduled to begin on October 22, 2001.

Dated: September 13, 2001.

SUSAN RICHARD NELSON
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500