UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc., a Nevada corporation,

Plaintiff,

v.

ADC Telecommunications, Inc., a Minnesota corporation,

Defendant.

---

Court File No. 01-CV-729 DSD/SRN

**STIPULATION AND ORDER REGARDING CONFIRMATION OF ARBITRATION AWARD**

**STIPULATION**

1. Whereas Anacapa Technology, Inc. ("Anacapa") brought a claim against ADC Telecommunications, Inc. ("ADC") in arbitration pursuant to a valid and binding agreement between the parties.

2. Whereas in the arbitration, Anacapa sought a determination that ADC materially breached its License Agreement with Anacapa.

3. Whereas the parties selected Thomas S. Fraser, Esq., Lewis A. Remele, Jr., Esq. and Bruce H. Little, Esq. as their arbitration panel.

4. Whereas the arbitration hearing was held before the arbitration panel on October 22-26 and 31, 2001.

5. Whereas on November 5, 2001, the arbitration panel issued its Award. The arbitration panel ruled that ADC materially breached its Agreement with Anacapa.

FILED 12-4-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

6. Whereas Anacapa brought a motion to confirm the arbitration award. Anacapa submitted its supporting papers on November 9, 2001. In its supporting papers to confirm the arbitration award, Anacapa asked that the Court (1) confirm the arbitration Award; (2) order that Anacapa be awarded its attorney fees and costs incurred in connection with the arbitration of this matter, pursuant to the parties' Agreement; and (3) order the scheduling of a hearing date at which the Court will determine the amount of attorney fees and costs to be paid by ADC to Anacapa.

7. Whereas after service of Anacapa's motion to confirm the arbitration award, ADC informed Anacapa that it would not contest the arbitration award and would stipulate to the confirmation of the arbitration award. ADC also informed Anacapa that it would not agree to the issue involving attorney fees and costs and asked for additional time to brief the issue.

**NOW, THEREFORE**, Anacapa and ADC stipulate to the following issues:

1. The arbitration award issued on November 5, 2001, shall be confirmed by the Court.

2. A hearing on Anacapa's motion for attorney fees and costs is scheduled for December 7, 2001 at 9:00 a.m. At that hearing, Anacapa will ask that the Court find that Anacapa is entitled to its attorney fees and costs incurred in connection with the arbitration of this matter and ask the Court to schedule a hearing date at which the Court will determine the amount of attorney fees and costs to be paid by ADC to Anacapa.

3. ADC's responsive papers to Anacapa's motion shall be filed and served on November 30, 2001.

ANTHONY OSTLUND & BAER, P.A.

Dated: November 20, 2001.

By: Karlyn Vegoe Boraas
Norman J. Baer (#163715)
Karlyn Vegoe Boraas (#241507)
90 South Seventh Street
3600Wells Fargo Center
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFF

FAEGRE & BENSON, L.L.P.

Dated: November 20, 2001.

By: ______
Randall E. Kahnke (#202745)
Kerry L. Bundy (#266917)
90 South Seventh Street
2200Wells Fargo Center
Minneapolis, MN 55402
(612) 336-3000

ATTORNEYS FOR DEFENDANT

**ORDER**

It is so ordered.

Dated: December 3, 2001

The Honorable David S. Doty
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500