UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc., a Nevada corporation,

Plaintiff,

v.

ADC Telecommunications, Inc., a Minnesota corporation,

Defendant.

Court File No. 01-CV-729 DSD/SRN

**STIPULATION AND ORDER REGARDING ANACAPA'S AMENDED COMPLAINT**

---

## STIPULATION

1. Whereas Anacapa Technology, Inc. ("Anacapa") sought to amend its complaint in the above-entitled action, to add claims for breach of contract, declaratory judgment and patent infringement against ADC Telecommunications, Inc. ("ADC").

2. Whereas Anacapa served and filed its motion to amend its complaint on November 9, 2001.

3. Whereas Anacapa's motion to amend its complaint was scheduled to be heard by the Court on December 5, 2001.

**NOW, THEREFORE**, Anacapa and ADC stipulate to the following issues:

1. Anacapa may serve and file the Amended Complaint that was attached to its papers in support of its motion to amend its complaint.

2. Anacapa shall serve and file its Amended Complaint no sooner than December 5, 2001.

FILED DEC 0 5 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

3. The hearing for the motion to amend the complaint may be removed from the Court's calendar.

ANTHONY OSTLUND & BAER, P.A.

Dated: December 4, 2001.

By: Karlyn Vegoe Boraas
Norman J. Baer (#163715)
Karlyn Vegoe Boraas (#241507)
90 South Seventh Street
3600Wells Fargo Center
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFF

FAEGRE & BENSON, L.L.P.

Dated: December 3, 2001.

By: 
Randall E. Kahnke (#202745)
Kerry L. Bundy (#266917)
90 South Seventh Street
2200Wells Fargo Center
Minneapolis, MN 55402
(612) 336-3000

ATTORNEYS FOR DEFENDANT

**ORDER**

It is so ordered.

Dated: December 4, 2001

Susan Richard Nelson
Magistrate Judge Susan Richard Nelson

55163.1