UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-729(DSD/SRN)

Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc., a Nevada corporation,

Plaintiff,

v.

**ORDER**

ADC Telecommunications, Inc., a Minnesota corporation,

Defendant.

Norman J. Baer, Esq., Karlyn V. Boraas, Esq. and Anthony, Ostlund & Baer, 90 South 7th Street, Minneapolis, MN 55402, counsel for plaintiff.

Randall E. Kahnke, Esq., Kerry L. Bundy, Esq. and Faegre & Benson, 2200 Wells Fargo, 90 South 7th Street, Minneapolis, MN 55402, counsel for defendant.

This matter is before the court upon plaintiff's motion for attorneys' fees [Docket No. 31]. Based upon a review of the file, record and proceedings herein, and for the reasons stated, the court denies plaintiff's motion.

## BACKGROUND

A three person arbitration panel issued an award on November 5, 2001, determining that defendant ADC Telecommunications ("ADC") breached its license agreement with plaintiff Anacapa Technology,

FILED 12-11-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

Inc. ("Anacapa"). Although the arbitration has been completed, litigation continues between ADC and Anacapa relating to the license agreement. Anacapa now seeks an order determining that it is entitled to attorneys' fees and costs based on the arbitration agreement and the award of the panel and an order scheduling a hearing at which the court will determine the amount of attorneys' fees and costs to be paid by ADC to Anacapa. The court denies both motions.

**DISCUSSION**

The license agreement between the parties provides:

> In the event of a lawsuit or arbitration arising out of this Agreement, the prevailing party in such action shall be entitled to recover its costs and expenses thereof, including reasonable attorneys' fees. (Kahnke Aff., Ex. A at § 12.8.)

Anacapa argues that it now is entitled to attorneys' fees pursuant to the license agreement because the arbitration panel determined that ADC materially breached the Agreement, (Anacapa Mem. to Confirm Arb. Award at 5-6), while ADC argues that the question of attorneys' fees should be held in abeyance until the litigation relating to the license agreement, which will develop attorneys' fees issues, is decided. (ADC's Mem. in Opp'n to Anacapa's Mot. For Atty's Fees at 4.)

The court determines that an award of attorneys' fees should not be made at this time. The parties are involved in an ongoing

litigation related to the license agreement. Anacapa has expressed an intention to amend its complaint and the parties have stipulated that Anacapa may serve and file the amended complaint that was attached to its papers in support of its motion to amend its complaint. (Stipulation and Order Regarding Anacapa's Am. Compl. at 1.) Because the parties have several other legal issues to resolve that will affect the award of attorneys' fees, such an award is premature. See Elca Enters., Inc. v. Sisco Rental & Sales, 53 F.3d 186, 191 (8th Cir. 1995)(reversing district court's award of attorneys' fees as premature because the court remanded the case for further consideration).

Moreover, the interests of judicial economy dictate that the court should defer an award of attorneys' fees until after the parties have resolved all matters that will affect the award. If the court did award fees and costs at this stage of the litigation, it would have to consider similar motions at a later stage in the dispute. By delaying an award of attorneys' fees, the court avoids piecemeal litigation of the matter and thus conserves judicial resources. Cf. Obin v. District No. 9 Int'l Ass'n of Machinists and Aerospace Workers, 651 F.2d 574, 583 (8th Cir. 1981)("In the interest of orderly and expeditious consideration of all issues arising from a single lawsuit, disputes on appeal over the merits, as well as disputes regarding the allowance of attorney's fees to

a prevailing party, should ordinarily be considered and decided by this court in either a single or consolidated appellate proceeding.").

The court therefore denies Anacapa's motion for attorneys' fees and costs at this time and denies Anacapa's motion for an order scheduling a hearing date.

**CONCLUSION**

**IT IS HEREBY ORDERED** that

1. Plaintiff's motion for attorneys' fees and costs is denied at this time because it is premature; and

2. Plaintiff's motion for an order scheduling a hearing date at which the court will determine the amount of attorneys' fees and costs is denied.

Dated: December 11, 2001

David S. Doty, Judge
United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500