**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Anacapa Technology, Inc., a Nevada Corporation, as assignee of Anacapa Nevada, Inc., a Nevada corporation,**

**Plaintiff and Counter-Defendant,**

**v.**

**ADC Telecommunications, Inc., a Minnesota corporation,**

**Defendant and Counter-Plaintiff.**

**Civil No. 01-729 DSD/SRN**

**NOTICE OF HEARING**

---

You are hereby given notice that a hearing in the above-captioned matter will be held in Courtroom 230 at 242 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on **April 5, 2002 at 1:30 p.m.**, before United States Magistrate Judge Susan Richard Nelson to address scheduling issues for the remainder of this matter.

Dated: March 20, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

MAR 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK