**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc., a Nevada corporation,**

**Plaintiff,**

**v.**

**ADC Telecommunications, Inc., a Minnesota corporation,**

**Defendant.**

**Civil No. 01-729 DSD/SRN**

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan For "Cure" Discovery**

1. **Discovery shall be commenced in time to be completed by October 1, 2002.**

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. Initial disclosures on or before August 1, 2002.

   b. Rebuttal disclosures on or before September 3, 2002.

3. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

MAY - 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by November 1, 2002.

2. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and scheduled by December 1, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, 612-664-5063.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Discovery Plan For Remaining Discovery**

A status conference will be held in January, 2003 to address the scheduling of remaining discovery in this matter. The parties are directed to contact the Court, after dispositive motions are heard, to schedule a mutually convenient time for this status conference.

Dated: May 6, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge