**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc. a Nevada corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ADC Telecommunications, Inc., a Minnesota corporation,<br><br>Defendant and Counter-Plaintiff. | Civil No. 01-CV-729 DSD/SRN<br><br>**~~PROPOSED~~ ORDER** |

This matter is before the Court on the parties' Joint Motion to Extend the Dispositive Motion Briefing Page Limit. Specifically, the parties have requested that the Court extend the page limitation by ten pages, from 35 to 45 pages, in connection with ADC's motion for summary judgment. Based on the file, record, and proceedings herein, the Court has concluded that the parties' motion should be granted. Accordingly, **it is hereby ordered** that each party shall be allowed to serve and file memorandums in connection with ADC's motion for summary judgment not to exceed 45 pages. The Local Rules of this Court shall govern the motion in all other respects.

Dated: October 15, 2002

The Honorable David S. Doty
United States District Judge

M2:20494910.01

FILED 10-15-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________