UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc., a Nevada corporation,

Plaintiff,

v.

ADC Telecommunications, Inc., a Minnesota corporation,

Defendant.

Court File No. 01-CV-729 DSD/SRN

**STIPULATION AND ORDER REGARDING ANACAPA'S SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

**STIPULATION**

1. Whereas Anacapa Technology, Inc. ("Anacapa") seeks to amend and supplement its Amended Complaint in the above-entitled action.

2. Whereas Anacapa has provided ADC Telecommunications, Inc. ("ADC") with the proposed Second Amended and Supplemental Complaint, which ADC's counsel has now had an opportunity to review and consider.

3. Whereas ADC disagrees with, but does not object to Anacapa's proposed amendments and supplementation.

**NOW, THEREFORE**, Anacapa and ADC, by their undersigned counsel, stipulate that:

1. Anacapa may serve and file the Second Amended and Supplemental Complaint without seeking leave of Court pursuant to Rule 15, Fed. R. Civ. P.

2. ADC will answer or otherwise respond to the Second Amended and Supplemental Complaint within the time allowed by the Rules.

APR 1 4 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. ADC does not presently anticipate asserting any new counterclaims (other than those previously asserted) in its response to Anacapa's Second Amended and Supplemental Complaint.

ANTHONY OSTLUND & BAER, P.A.

Dated: April 9, 2003

By: Norman J. Baer
Norman J. Baer (#163715)
Karlyn Vegoe Boraas (#241507)
90 South Seventh Street
3600Wells Fargo Center
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFF

FAEGRE & BENSON, L.L.P.

Dated: April ___, 2003

By: ____________________
Randall E. Kahnke (#202745)
Kerry L. Bundy (#266917)
90 South Seventh Street
2200Wells Fargo Center
Minneapolis, MN 55402
(612) 336-3000

ATTORNEYS FOR DEFENDANT

**ORDER**

It is so ordered.

Dated: April 14, 2003

Susan Richard Nelson
Magistrate Judge Susan Richard Nelson

70834.1