UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc. a Nevada corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ADC Telecommunications, Inc., a Minnesota corporation,<br><br>Defendant and Counter-Plaintiff. | Civil No. 01-CV-729 DSD/SRN<br><br>**STIPULATION AND ORDER REGARDING PRETRIAL SCHEDULING ORDER** |

**STIPULATION**

The parties hereto, through their undersigned counsel, hereby stipulate and agree to extend by two weeks the date for disclosure of expert information regarding EnCaser™ issues. Accordingly, the parties hereby stipulate and agree that paragraph 3 of the Court's Pretrial Scheduling Order dated March 7, 2003 shall be supplemented to read as follows:

> Disclosure of the identity of EnCaser™ expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows: By Party with burden of proof on or before August 29, 2003.

The remainder of the March 7, 2003, Pretrial Scheduling Order shall be unaffected by this Stipulation.

AUG 07 2003
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: August 5, 2003

**ANTHONY OSTLUND & BAER P.A.**

Norman J. Baer (#163715)
Karlyn Vegoe Boraas (#241507)
Suite 3600
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 349-6969
Fax: (612) 349-6996

**ATTORNEYS FOR PLAINTIFF AND COUNTER- DEFENDANT ANACAPA TECHNOLOGY, INC.**

Dated: August 6, 2003

**FAEGRE & BENSON, LLP**

Randall E. Kahnke, #202745
Kerry L. Bundy, #266917
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600

**ATTORNEYS FOR DEFENDANT AND COUNTER-PLAINTIFF ADC TELECOMMUNICATIONS, INC.**

**ORDER**

It is so ordered.

Dated: Aug. 7, 2003

Susan Richard Nelson

The Honorable Susan Richard Nelson
United States Magistrate Judge

M2:20561827.01