UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc., a Nevada corporation,

Plaintiff,

v.

ADC Telecommunications, Inc., a Minnesota corporation,

Defendant.

Court File No. 01-CV-729 DSD/SRN

**STIPULATION AND ORDER REGARDING PRETRIAL SCHEDULING ORDER**

## STIPULATION

The parties hereto, through their undersigned counsel, hereby stipulate ands agree to extend the date for disclosure of expert information regarding EnCaser™ issues. Accordingly, the parties hereby stipulate and agree that Paragraph 3 of the Court's Pretrial Scheduling Order dated March 7, 2003 shall be replaced with the following:

> The parties' only expert witnesses will testify regarding (1) the claim and counterclaim for declaratory judgment regarding the ADC EnCaser™ products, (2) PTO and patent application procedures and (3) damages. The schedule for disclosures related to this expert testimony will be established by the Court in consultation with counsel for the parties promptly after a ruling is received on the pending summary judgment motions related to termination pursuant to Paragraph 12.3 of the Agreement.

AUG 21 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The remainder of the March 7, 2003 Pretrial Scheduling Order shall be unaffected by this Stipulation.

ANTHONY OSTLUND & BAER, P.A.

Dated: August 20, 2003

By: Norman J. Baer

Norman J. Baer (#163715)
Karlyn Vegoe Boraas (#241507)
90 South Seventh Street
3600Wells Fargo Center
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFF

FAEGRE & BENSON, L.L.P.

Dated: August 19 2003

By: Randall E. Kahnke (by KLB)

Randall E. Kahnke (#202745)
Kerry L. Bundy (#266917)
90 South Seventh Street
2200Wells Fargo Center
Minneapolis, MN 55402
(612) 336-3000

ATTORNEYS FOR DEFENDANT

**ORDER**

It is so ordered.

Dated: August 20, 2003

Susan Richard Nelson

Magistrate Judge Susan Richard Nelson