UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-729(DSD/SRN)

Anacapa Technology, Inc, a Nevada corporation, as assignee of Anacapa Nevada, Inc., a Nevada corporation,

Plaintiff,

v.

**ORDER**

ADC Telecommunications, Inc., a Minnesota corporation,

Defendant.

This matter is before the court upon the request of Anacapa Technology, Inc. for permission to bring a motion to reconsider the court's order dated January 22, 2003, granting partial summary judgment in favor of ADC. Pursuant to Local Rule 7.1(g), motions to reconsider are prohibited except by express permission of the court, which will be granted only upon a showing of "compelling circumstances." Local Rule 7.1(g). After reviewing the file and the record, the court concludes that no compelling circumstances exist that would justify reconsideration of this matter. See Local Rule 7.1(g). Accordingly, **IT IS HEREBY ORDERED** that Anacapa Technology, Inc's request for permission to bring a motion to reconsider is denied.

Dated: August 26, 2003

David S. Doty, Judge
United States District Court

FILED AUG 26 2003
Richard D. Sletten, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____