UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc., a Nevada corporation,

Plaintiff,

v.

ADC Telecommunications, Inc., a Minnesota corporation,

Defendant.

Court File No. 01-CV-729 DSD/SRN

**[~~PROPOSED~~] ORDER**

Based upon the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-referenced action is dismissed in its entirety, with prejudice and without cost to any party.

Dated: October 1, 2003

The Honorable David S. Doty

FILED OCT - 2 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Anacapa Technology, Inc., a Nevada corporation, as assignee of Anacapa Nevada, Inc., a Nevada corporation,

Plaintiff,

v.

ADC Telecommunications, Inc., a Minnesota corporation,

Defendant.

Court File No. 01-CV-729 DSD/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the parties, by and through their undersigned counsel, that the Court may enter an Order dismissing the above-referenced action in its entirety, with prejudice and without cost to any party. Each party shall bear its own attorneys' fees, costs and disbursements.

ANTHONY OSTLUND & BAER, P.A.

Dated: October 1, 2003

By: [signature]
Norman J. Baer (#163715)
Karlyn Vegoe Boraas (#241507)
90 South Seventh Street
3600Wells Fargo Center
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFF

Dated: October 1, 2003

FAEGRE & BENSON, L.L.P.

By: ______________________

Randall E. Kahnke (#202745)
Kerry L. Bundy (#266917)
90 South Seventh Street
2200Wells Fargo Center
Minneapolis, MN 55402
(612) 336-3000

ATTORNEYS FOR DEFENDANT